PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DELBERT LEON SULLENS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-01537-CMK<br><br>**STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will assign this case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate whether Claimant meets or equals a Listing, and take any necessary further action to complete the administrative record.

1  The parties further request that the Clerk of the Court be directed to enter a final
2  judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the
3  Commissioner.

| | |
|---|---|
| Dated: December 12, 2016 | LAW OFFICES OF HADLEY & FRAULOB |
| | By: /s/ Joseph C. Fraulob by C.Chen*<br>JOSEPH C. FRAULOB<br>(*as authorized via email on 12/12/2016) |
| Dated: December 12, 2016 | PHILLIP A. TALBERT<br>United States Attorney |
| | By: /s/ Carolyn B. Chen<br>CAROLYN B. CHEN<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 19, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE